**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BRADBURY,                                    Case No. C09-02594 JCS

        Plaintiff(s),

    v.                                    **ORDER CONTINUING CASE
                                                  MANAGEMENT CONFERENCE**

WACHOVIA MORTGAGE CORP.,

        Defendant(s).
_____/

      On September 17, 2009, Plaintiff filed a Request to Reschedule the Case Management Conference, currently set for September 18, 2009, at 1:30 p.m.

      IT IS HEREBY ORDERED that the case management conference shall be continued to **November 20, 2009, at 1:30 p.m.**  The joint case management conference statement shall be due by November 13, 2009.

      IT IS SO ORDERED.

Dated:  September 18, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge