**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BRADBURY,                                     Case No. C09-02594 JCS

            Plaintiff(s),

                                                   **ORDER CONTINUING CASE**
      v.                                           **MANAGEMENT CONFERENCE**

WACHOVIA MORTGAGE CORP.,

            Defendant(s).
_____/

      On November 13, 2009, Plaintiff filed a Request to Reschedule the Case Management Conference, currently set for November 20, 2009, at 1:30 p.m.

      IT IS HEREBY ORDERED that the case management conference shall be continued to **January 22, 2010, at 1:30 p.m.**  The joint case management conference statement shall be due by January 15, 2010.

      IT IS SO ORDERED.

Dated:  November 17, 2009

                                    _____
                                    JOSEPH C. SPERO
                                    United States Magistrate Judge