Mark T. Flewelling (#96465)
mflewelling@afrct.com
Douglas G. Matsui (#138239)
dmatsui@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
(626) 535-1900 fax (626) 577-7764

Attorneys for Defendants
WACHOVIA MORTGAGE, a division of
Wells Fargo Bank, N.A. fka
Wachovia Mortgage, FSB, fka
World Savings Bank FSB, and
Erroneously named herein as
"Wachovia Mortgage Corporation"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BRADBURY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WACHOVIA MORTGAGE CORPORATION, and Does 1-10,<br><br>　　　　　Defendants. | Case No. C 09- 02594 JCS<br><br>Honorable Joseph C. Spero<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME FOR RESPONSE TO COMPLAINT**<br><br>Present Response Date: November 24, 2009<br>New Response Date: December 8<br><br>Local Rule 6-1 (a) |

TO THE CLERK AND THE HONORABLE DISTRICT JUDGE:

Plaintiff MARK BRADBURY ("plaintiff") and defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A. fka Wachovia Mortgage, FSB, fka World Savings Bank FSB, and erroneously named herein as "Wachovia Mortgage Corporation" ("Wachovia") present the following stipulation extending the time for Wachovia's response to plaintiff's complaint.

STIPULATION

1.　On June 11, 2009, plaintiff filed his complaint in this matter against Wachovia. On November 4, 2009 plaintiff served the complaint on Wachovia.

2.　Wachovia's response to the complaint is therefore due on November 24, 2009.

|   |   |
|---|---|
| 1 | 3.   Wachovia's counsel has requested from Plaintiff's counsel an extension of 14 days to respond to the complaint, that a response will be due on December 8, 2009, to which Plaintiff's counsel has agreed. |
| 4 | 4.   This is Wachovia's first request for an extension of time to respond to the complaint. |

Dated: November 23, 2009

Respectfully submitted,
ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP

By:  /s/Douglas G. Matsui
     Douglas G. Matsui
     dmatsui@afrct.com
Attorneys for Defendant Wachovia Mortgage,
a division of Wells Fargo Bank, N.A


Dated: November 23, 2009

JV LAW

By:  /s/ John W. Villines
     John W. Villines
     john@jvlaw.net
Attorneys for Plaintiff


Dated:  11/24/9

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Joseph C. Spero

---

2

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following documents on the interested parties in this action by sealing true and correct copies thereof in envelope(s) addressed as follows:

STIPULATION EXTENDING DEFENDANT'S TIME FOR RESPONSE TO COMPLAINT

| **Served Electronically via Court's CM/ECF System:** | |
|---|---|
| *Attorneys for Cal-Western Plaintif.:* <br><br> John Villines, Esq. <br> JV Law <br> 726 14th Street, Ste E <br> PO Box 580049 <br> Modesto, CA 95358 | |

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 23, 2009.**

\_\_\_\_Elizabeth Munnerlyn\_\_\_\_  
(Type or Print Name)

_____  
(Signature of Declarant)