| | |
|---|---|
| 1 | Mark T. Flewelling (#96465) |
|   | mflewelling@afrct.com |
| 2 | Douglas G. Matsui (#138239) |
|   | dmatsui@afrct.com |
| 3 | ANGLIN, FLEWELLING, RASMUSSEN |
|   | CAMPBELL & TRYTTEN, LLP |
| 4 | 199 South Los Robles Avenue, Suite 600 |
|   | Pasadena, CA  91101 |
| 5 | (626) 535-1900 fax (626) 577-7764 |
| 6 | Attorneys for Defendants |
|   | WACHOVIA MORTGAGE, a division of |
| 7 | Wells Fargo Bank, N.A. fka |
|   | Wachovia Mortgage, FSB, fka |
| 8 | World Savings Bank FSB, and |
|   | Erroneously named herein as |
| 9 | "Wachovia Mortgage Corporation" |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK BRADBURY, | ) | Case No. C 09- 02594 JCS |
|   | ) |   |
| Plaintiff, | ) | Honorable Joseph C. Spero |
|   | ) |   |
| vs. | ) | **STIPULATION EXTENDING** |
|   | ) | **DEFENDANT'S TIME FOR RESPONSE** |
| WACHOVIA MORTGAGE CORPORATION, | ) | **TO COMPLAINT** |
| and Does 1-10, | ) |   |
|   | ) | Present Response Date: December 8, 2009 |
|   | ) | New Response Date:    December 22, 2009 |
| Defendants. | ) |   |
|   | ) |   |
|   | ) | Local Rule 6-1 (a) |
|   | ) |   |
|   | ) |   |

TO THE CLERK AND THE HONORABLE DISTRICT JUDGE:

Plaintiff MARK BRADBURY ("plaintiff") and defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A. fka Wachovia Mortgage, FSB, fka World Savings Bank FSB, and erroneously named herein as "Wachovia Mortgage Corporation" ("Wachovia") present the following stipulation extending the time for Wachovia's response to plaintiff's complaint.

STIPULATION

1. On June 11, 2009, plaintiff filed his complaint in this matter against Wachovia. On November 4, 2009 plaintiff served the complaint on Wachovia.

2. Wachovia's response to the complaint was therefore due on November 24, 2009.

1

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1       3.    Wachovia's counsel requested and plaintiff's counsel agreed to extend Wachovia's time to respond to the complaint for 14 days, so that a response is currently due on December 8, 2009, to which Plaintiff's counsel has agreed.

    4.    Wachovia's counsel has requested and plaintiff's counsel has agreed to extend Wachovia's response time to the complaint for an additional 14 days to permit the parties to meet and confer regarding the case, making the response due on or before December 22, 2009.

IT IS SO STIPULATED.

Dated: December 8, 2009

    Respectfully submitted,
ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP

By: /s/Douglas G. Matsui
    Douglas G. Matsui
    dmatsui@afrct.com
Attorneys for Defendant Wachovia Mortgage,
a division of Wells Fargo Bank, N.A

Dated: December 8, 2009

JV LAW

By: /s/ John W. Villines
    John W. Villines
    john@jvlaw.net
Attorneys for Plaintiff

Dated: 12/8/9

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**PROOF OF SERVICE**
(C.C.P. § 1013A(3))

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

  On December 8, 2009, I served the foregoing document described as:
on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Served Electronically via Court's CM/ECF System:**

> John W. Villines, Esq.
> JV Law
> 726 14th Street, Ste E
> PO Box 580049
> Modesto, CA 95358
>
> Tel: (209) 524-9903
> Fax: (209) 524-6655

[XX]  **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]  BY OVERNIGHT DELIVERY: I deposited the foregoing documents in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, address to the person on whom it is to be served.

[ ]  PERSONAL SERVICE: I personally delivered such envelope to the addressee above by hand.

[X]  **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct and this declaration is executed this date, December 8, 2009.

  Elizabeth Munnerlyn
  (Type or Print Name)        (Signature of Declarant)